# U.S. K-9 Academy
## &
## Police Dog Training Center

240 West 28 Street
Hialeah, FL 33010

November 20, 2004

Marco A. Rivera
Miami Fl.

Dear Mr. Rivera,

I would like to take this opportunity to thank you for sharing your past experiences with the youth in our local community. It is very important that people like yourself reaching out and devoting some time in explaining the mistakes that they have committed in life to our youth. I know that our K9 demonstration along with your testimony made a solid impact on the kids. I truly thank you for your efforts and I hope that you continue to help out when needed thank you and may GOD bless you.

Sincerely

Peter R. Nunez



**John Dewey**
Colegio Universitario

25 de febrero de 2005

Sr. Marcos Rivera
Asesor y Consultor en Marina y Náutica
13812 SW 139 Court
Miami, FL 33186

Estimado señor Rivera:

¡Saludos! A nombre de la Junta de Síndicos de John Dewey College y éste servidor, le extendemos el más sincero agradecimiento por su participación en la espectacular inauguración de los Laboratorios de Ciencias Automotrices, del Recinto de Carolina.

Como pudimos apreciar, estos laboratorios son los primeros en Puerto Rico que integran las cuatro grandes áreas de las Ciencias Automotrices, Diesel, Marina y Motoras y Vehículos Derivados. Con su apoyo y el de Marco Marine Services Corp., garantizaremos que los futuros profesionales de John Dewey College y Puerto Rico estén preparados con los últimos adelantos tecnológicos de esta Industria.

Para nosotros, mas que un placer, fue un honor poder contar con su presencia. Agradeceremos le extienda éste mensaje a toda la gran familia de su empresa.

Aprovechamos para reiterar, según dialogáramos, que estamos muy comprometidos en concretizar un Acuerdo de Colaboración Educativo, entre estas dos grandes empresas.

Nuevamente, gracias por su presencia y apoyo.

Respetuosamente,

Dr. Carlos A. Quiñones Alfonso
Presidente

PO Box 19538 San Juan, P.R. 00910-1538
Recinto de Hato Rey: Tel. (787) 753-0039 Fax (787) 764-6303 • Recinto de Carolina: Tel. (787) 769-1515 Fax (787) 769-1979
Recinto de Bayamón: Tel. (787) 778-1200 Fax (787) 778-8451 • Centro de Extensión Educativa de Fajardo: Tel. (787) 860-1212 Fax (787) 801-0205
Centro de Extensión Educativa de Arroyo: Tel. (787) 271-1515 Fax (787) 839-1283
Centro de Extensión Educativa de Yabucoa: Tel. (787) 266-1515 Fax (787) 266-2210