UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
Plaintiff

v.

**MARCOS A. RIVERA-HERNANDEZ**
Defendant

Criminal Case #97-CR-229-JAF

**INFORMATIVE MOTION**

**COMES NOW,** defendant **MARCOS A. RIVERA-HERNANDEZ,** by and through his undersigned attorney and to this Honorable Court very respectfully **INFORMS** as follows:

1. Pending before this Honorable Court is a *Motion Requesting Early Termination of Supervised Release.*

2. The undersigned attorney respectfully requests that if a hearing is scheduled, his office be contacted beforehand to agree on a mutually convenient date. This attorney resides in Orlando, Florida, and will need to make necessary arrangements to travel to Puerto Rico for the hearing.

**WHEREFORE,** it is respectfully prayed that this Honorable Court be informed of the above.

In Orlando, Florida for San Juan, Puerto Rico on this 15th day of September, 2006.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that on this same date this document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Rosa Emilia Rodríguez, United States Attorney, at her electronic address in the CM/ECF system.

        S/RICARDO R. PESQUERA
        RICARDO R. PESQUERA, P.A.
        For the firm: Ricardo R. Pesquera, Esq.
        USDC-PR #128412
        1040 Woodcock Road, Suite 190
        Orlando, Florida  32803-3510
        Phone    :    (407) 898-4000
        Fax    :    (407) 898-2432
        Email    :    Pesqueralaw@Bellsouth.net